IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ANTHONY LEVI HILL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA and GALLATIN COUNTY,<br><br>Defendants. | CV 21-070-BU-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to this Court's Order of September 30, 2021, Plaintiff Anthony Levi Hill has filed an Amended Complaint. (Doc. 8.) However, despite these amendments, his Complaint still fails to state a federal claim for relief. As such, this matter should be dismissed.

I.   **SCREENING ANALYSIS**

Hill was advised that he needed to allege enough facts to put defendants on notice of his claims. (Doc. 7 at 3 and 4 - 5.) He did heed the Court's suggestion and changed the defendant from the immune State of Montana to four identified persons. (Doc. 8 at 2 – 3.) However, he did not allege any facts against two of his new defendants, Holly Brown (who is likely immune anyway as a judge) and Detention Officer Evans. Further, he asserts that the events giving rise to his claim occurred between 2014 and 2021, a great expanse of time that, without limitation, makes it impossible for any defendant to know what claim may be alleged against

1

him or her. Hill asks the Court to get filings from other lawsuits, habeas petitions, and letters, and refers to unsanitary living conditions in other states, but none of these allegations is sufficient to meet Rule 8's requirements. (Doc. 8 at 12.) Hill's Complaint fails to state a claim, despite amendment.

Based on the foregoing and the reasons explained in this Court's prior order (Doc. 7), the Court enters the following:

## RECOMMENDATIONS

1. This matter should be DISMISSED for failure to state a federal claim.

2. The Clerk of Court should be directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3. The Clerk of Court should be directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. The record makes plain the instant Complaint is frivolous as it lacks arguable substance in law or fact.

4. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Hill's filing of this action counts as one strike against him.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Hill may file objections to these Findings and Recommendations within

fourteen days after service.[1]  28 U.S.C. § 636.  Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 9th day of December, 2021.

_____
John Johnston
United States Magistrate Judge

---

[1] Rule 6(d) of the Federal Rules of Civil Procedure provides that "[w]hen a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail) . . . 3 days are added after the period would otherwise expire under Rule 6(a)." Therefore, since Mr. Jones is being served by mail, he is entitled an additional three (3) days after the period would otherwise expire.